

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2013

No. 04-13-00186-CV

Leticia R. **BENAVIDES**,
Appellant

v.

Shirley Hale **MATHIS**, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr., Carlos Y. Benavides III, Tomas Benavides and Ana B. Galo, as Co-Trustees of the Benavides Family Mineral Trust,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000427-D4
Honorable Oscar J Hale, Jr., Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the motion to dismiss appellant's appeal from the trial court's February 11, 2013, "Order on Defendant's No-Evidence and Traditional Motion for Summary Judgment" is GRANTED and the appeal from this judgment is DISMISSED FOR LACK OF JURISDICTION.

Appellant's appeal from the trial court's February 27, 2013 "Order Granting Traditional and No Evidence Summary Judgment" in favor of Shirley Hale Mathis, as Temporary Guardian of the Estate of Carlos Y. Benavides, Jr., is RETAINED on this court's docket.

It is so **ORDERED** on November 6, 2013.

PER CURIAM

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2013.

_____
Keith E. Hottle, Clerk